EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

LESLIE E. OSBORNE, JR. #3740
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:  Les.Osborne@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00075SOM-02 |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | SENTENCING; ORDER |
| vs. | ) | |
| | ) | |
| RICHARD JAMES BASUEL II, | ) | |
| aka: "Richie Basuel," | ) | |
| aka: "Rich Basuel," | ) | |
| aka: "Ricky Basuel," | ) | Old Date: April 17, 2006 |
| | ) | **New** Date: November 13, 2006 |
| Defendant. | ) | Time: 1:30 p.m. |
| _____ | ) | Judge: Susan Oki Mollway |

STIPULATION TO CONTINUE SENTENCING

IT IS STIPULATED by and between the United States of America, through its attorney of record, Leslie E. Osborne, Jr., Assistant United States Attorney, and the Defendant Richard James Basuel II and his attorney, Howard T. Chang, Esq., that the sentencing of the Defendant be continued from April 17, 2006, to November 13, 2006 at 1:30 p.m., in the courtroom of the Honorable

Susan Oki Mollway, United States District Court Judge for the District of Hawaii.

This continuance is mandated so that the Defendant may continue his cooperation pursuant to his plea agreement and the scope and nature of that cooperation can be made known to the district court at the time of sentencing.

DATED:  Honolulu, Hawaii, April 13, 2006.

          EDWARD H. KUBO, JR.
          United States Attorney
          District of Hawaii


          By /s/ Leslie E. Osborne, Jr.
             LESLIE E. OSBORNE, JR.
             Assistant U.S. Attorney


          /s/ Howard T. Chang
          HOWARD T. CHANG, ESQ.
          Attorney for Defendant
          RICHARD JAMES BASUEL II


IT IS APPROVED AND SO ORDERED:

DATED:  Honolulu, Hawaii, April 18, 2006.

/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge


United States v. Richard James Basuel II
Cr. No. 04-00075SOM-02
"Stipulation to Continue Sentencing; Order"