ORIGINAL

HOWARD T. CHANG, AAL, ALC
HOWARD T. CHANG #1695-0
Suite 700 Pauahi Tower
1001 Bishop Street
Honolulu, Hawaii 96813
Telephone No. (808) 533-2877
Facsimile No. (808) 531-4747
E-mail:
howardchang.crimtaxatty
@hawaiiantel.net

Attorney for Defendant
RICHARD JAMES BASUEL II

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 10 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

LODGED

OCT 06 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RICHARD JAMES BASUEL II, (02)<br>aka: "Richie Basuel,"<br>aka: "Rich Basuel,"<br>aka: "Ricky Basuel,"<br><br>    Defendants. | CR. NO. CR04-00075 (02) SOM<br><br>STIPULATION AND ORDER<br>ALLOWING TRAVEL BY DEFENDANT<br>RICHARD JAMES BASUEL<br>(10/28/06-11/04/06)<br><br>HEARING:  11/13/06<br>JUDGE:    THE HONORABLE<br>          SUSAN O. MOLLWAY |

STIPULATION AND ORDER ALLOWING TRAVEL
BY DEFENDANT RICHARD JAMES BASUEL (10/28/06-11/04/06)

IT IS HEREBY STIPULATED, by and between Plaintiff United States of America and Defendant RICHARD JAMES BASUEL, through his undersigned counsel, and approved by this Court, that Defendant RICHARD JAMES BASUEL shall be permitted to travel outside the Central District of California to Las Vegas, Nevada from October 28, 2006 through November 4, 2006.  The purpose of this travel is to attend the SEMA (Specialty Equipment Market

Association) Show at the Las Vegas Convention Center in Las Vegas, Nevada and to assist in his employer's booth display.

DATED: Honolulu, Hawaii, ~~SEP 26 2006~~.

_____          _____
HOWARD T. CHANG                          EDWARD H KUBO, JR., ESQ.
Attorney for Defendant                   United States Attorney
RICHARD JAMES BASUEL, II                 LESLIE E. OSBORNE
                                         Assistant United States Attorney
                                         Attorneys for Plaintiff
                                         UNITED STATES OF AMERICA

**NO OBJECTION**

_____
JULIE WALL
U.S. Pretrial Services Officer
United States Pretrial Services
Office

**APPROVED AND SO ORDERED:**

_____
United States District Judge

_____

UNITED STATES OF AMERICA, RICHARD JAMES BASUEL II, aka: "Richie Basuel," aka: "Rich Basuel," aka: "Ricky Basuel,", CR. NO. CR04-00075 (02) SOM, STIPULATION AND ORDER ALLOWING TRAVEL BY DEFENDANT RICHARD JAMES BASUEL (10/28/06-11/04/06)

092606
lit-1.'06\B060283.lx.wpd                    2