# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/12/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 04-00075SOM |
| CASE NAME: | USA vs. (02) Richard James Basuel, II |
| ATTYS FOR PLA: | Leslie E. Osborne, Jr. |
| | Malia Dougan (IRS) |
| ATTYS FOR DEFT: | 02 Howard Chang |
| | Ellie Asasaki (USPO) |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 2/12/2007 | TIME: | 2:20 - 2:35 |
| | | | 2:50 - 3:35 |

COURT ACTION:  EP: Sentencing to Count 1 of the Indictment; Government's Motion to Sentence Below the Advisory Guideline Range -

Defendant (02) Richard James Basuel, II present.

Discussion held re: objections to the PSR.

Court takes a break in order to allow Mr. Chang to confer with the USPO.

2:50 p.m. -

Court adopts the PSR, as amended, and the USPO's recommendation, and they are placed under seal.

Memorandum of plea agreement is accepted by the Court.

Allocution by the defendant.

Government's Motion to Sentence Below the Advisory Guideline Range - Granted.

ADJUDGED:

Imprisonment:   4 Months.

Supervised Release: 3 Years.

Special Assessment: $100.00.

CONDITIONS:

- That the defendant shall abide by the standard conditions of supervision.

- That the defendant not commit any crimes, federal, state, or local (mandatory condition).

- That the defendant not possess illegal controlled substances (mandatory condition)

- That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

- That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the term of supervision (mandatory condition). The Court waives the mandatory drug test condition.

- That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

- That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

- That the defendant cooperate with the Internal Revenue Service and State of Hawaii Tax Department and arrange for the payment of delinquent taxes, interest and penalties, and the timely and accurate filing of federal and state tax returns.

> That the defendant is restricted from preparing or providing advice in the preparation of federal and state tax returns for remuneration, as directed by the Probation Office.

Defendant advised of his right to appeal.

JUDICIAL RECOMMENDATION: Lompoc.

Mittimus is stayed until 6/18/07.

Defendant to self surrender @ 10:00 a.m. 6/18/07 at the facility designated by the BOP.

The time is the time at the facility.

Government's Motion to Dismiss Counts 48 - 68 as to this Defendant only - Granted.

Submitted by: Toni Fujinaga, Courtroom Manager.