IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. 04-00075 SOM |
|---|---|---|
| | ) | |
| Plaintiff, | ) | ORDER REGARDING MOTION |
| | ) | PURSUANT TO RULE 35 OF THE |
| vs. | ) | FEDERAL RULES OF CRIMINAL |
| | ) | PROCEDURE FOR A REDUCTION |
| RICHARD JAMES BASUEL, II, | ) | IN THE DEFENDANT'S |
| | ) | SENTENCE |
| Defendant. | ) | |
| _____ | ) | |

ORDER REGARDING MOTION PURSUANT TO RULE 35
OF THE FEDERAL RULES OF CRIMINAL PROCEDURE FOR A
REDUCTION IN THE DEFENDANT'S SENTENCE

For the reasons stated in the Government's motion, Defendant's custody period is reduced from 4 months to 3 months, with all other provisions of the previously imposed sentence remaining unchanged. Defendant has informed the court that Defendant is not requesting a hearing on the motion and not opposing any portion of the motion.

DATED: Honolulu, Hawaii; July 19, 2007.



_____
Susan Oki Mollway
United States District Judge